IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| SHUNDRIA BELL, | * | |
| Plaintiff, | * | |
| v. | * | CV 320-074 |
| EXPERIAN INFORMATION SOLUTIONS, INC., STERN RECOVERY SERVICES, INC., and NAVIENT CORPORATION, | * | |
| Defendants. | * | |

O R D E R

Having earlier indicated that Plaintiff has reached a settlement with Defendant Experian Information Solutions, Inc. (doc. no. 56), Plaintiff has now filed a "Stipulation of Dismissal" signed by all parties. Accordingly, the Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted against Defendant Experian Information Solutions, Inc. in this matter are **DISMISSED WITH PREJUDICE;** each party shall bear their own costs. Administratively, the Clerk shall **TERMINATE** only Defendant Experian from the record of the case.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE