IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| SHUNDRIA BELL, | * |
| Plaintiff, | * |
| v. | *   CV 320-074 |
| STERN RECOVERY SERVICES, INC. and NAVIENT CORPORATION, | * |
| Defendants. | * |

ORDER

On October 5, 2022, the Court ordered Plaintiff to show cause in writing within 7 days why the case should not be dismissed for failure to prosecute against the remaining Defendants. Because Plaintiff has failed to respond, and pursuant to the Court's inherent authority to dismiss claims for lack of prosecution, see Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962), the case is hereby **DISMISSED** as against Defendants Stern Recovery Services, Inc. and Navient Corporation. The case is therefore **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of October, 2022.

UNITED STATES DISTRICT JUDGE